IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WASHINGTON NATIONAL OPERA, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 26-864 |
| | ) | Judge Meriweather |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

## **NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of _____Douglas G. Edelschick_____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

Douglas G. Edelschick
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

s/Douglas G. Edelschick
Douglas G. Edelschick
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-9303
Facsimile:  (202) 305-7643
Email: Douglas.Edelschick@usdoj.gov

Dated:  June 17, 2026