**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WASHINGTON NATIONAL OPERA,<br>*Plaintiff,*<br>v.<br>UNITED STATES,<br>*Defendant.* | Case No. 26-cv-00864-RMM<br>Judge Robin M. Meriweather |

**CERTIFICATE OF SERVICE OF SEALED EXHIBIT A**

Pursuant to Court of Federal Claims Amended General Order No. 2026-01 and Rules 5(d)(1)(B) and 5.3(a) of the Rules of the United States Court of Federal Claims, Plaintiff Washington National Opera hereby certifies that it served Sealed Exhibit A to the Complaint, ECF No. 1-2, on counsel for Defendant via Kiteworks, a secure file transfer platform, on June 16, 2026.

Dated: June 23, 2026

Respectfully submitted,

By /s/ *Daniel A. Cantor*

Daniel A. Cantor (D.C. Bar No. 457-115)
Ian S. Hoffman
Hannah M. Beiderwieden
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
Daniel.Cantor@arnoldporter.com
Ian.Hoffman@arnoldporter.com
Hannah.Beiderwieden@arnoldporter.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this day on all parties via the Court's electronic case filing system.

Dated: June 23, 2026

Respectfully submitted,

By /s/ *Daniel A. Cantor*

Daniel A. Cantor (D.C. Bar No. 457-115)
Attorney for Washington National Opera
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 (202) 942-5765
Fax: +1 (202) 942-5999
Daniel.Cantor@arnoldporter.com