IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| WASHINGTON NATIONAL OPERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 26-864 C |
| | ) | (Judge Meriweather) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rules 6(b), 6.1, and 7(b) of the Court's Rules, defendant, the United States, respectfully requests that the Court grant us a 60-day enlargement of time, to and including October 13, 2026, to respond to the complaint filed by plaintiff, Washington National Opera (Opera).[1] On June 11, 2026, plaintiff commenced this action with the filing of a complaint that asserts a claim for breach of a contract between the Opera and the John F. Kennedy Center for the Performing Arts (Kennedy Center). Our response to the complaint currently is due on August 11, 2026. We have not previously requested an extension of time in this case.

The requested enlargement is necessary to further investigate the allegations and claims asserted and potential defenses, to confer and to coordinate with counsel for the Kennedy Center, and to respond appropriately by answer or motion. In addition, we have not yet received a litigation report from the Kennedy Center.

---

[1] The 60th day of the requested enlargement falls on Saturday, October 10, 2026, and Monday is the Columbus Day holiday, which moves the deadline to Tuesday, October 13, 2026. *See* RCFC 6(a)(1).

- 2 -

In email correspondence with the undersigned counsel for defendant on August 3, 2026, counsel for plaintiff, Daniel Cantor, stated that the Opera does not oppose the requested 60-day extension.

For these reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of the deadline to answer or otherwise respond to the complaint to and including October 13, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

ALBERT S. IAROSSI
Assistant Director

  s/ Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 353-9303

Of Counsel:

ELLIOT BERKE
General Counsel
John F. Kennedy Center for the Performing Arts
2700 F St., N.W.
Washington, DC 20566

August 3, 2026

Attorneys for Defendant

- 2 -